IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| US LEGALIZATION INC. | ) | |
| 1615 Bay Head Road | ) | |
| Annapolis, Maryland  21409 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case Number:  _____ |
| | ) | |
| US QUICK LEGALIZATION LLC | ) | |
| 700 12th Street, N.W., Suite 700 | ) | |
| Washington, DC  20005 | ) | |
| | ) | |
| Serve Registered Agent: | ) | |
| | ) | |
| Davinci Virtual | ) | |
| 700 12th Street, N.W., Suite 700 | ) | |
| Washington, DC  20005 | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT FOR MONETARY DAMAGES
AND A PERMANENT AND A TEMPORARY INJUNCTION AND JURY DEMAND**

Plaintiff US Legalization Inc., by and through its attorneys, J.P. Szymkowicz, John T. Szymkowicz and the Law Firm of Szymkowicz & Szymkowicz, LLP, sues Defendant US Quick Legalization LLC and requests that this Honorable Court grant the relief requested in the instant complaint:

**Jurisdiction**

1.      This Honorable Court has jurisdiction over the claims presented in the instant Complaint pursuant to 15 U.S.C. § 1121 (a) and 28 U.S.C. § 1338 as the instant action concerns Defendant US Quick Legalization LLC's ownership and use of the domain name "usquicklegalization.com" and violations of Plaintiff US Legalization Inc.'s trademark rights.

2.     This Honorable Court has supplemental jurisdiction over the state claims presented in the instant complaint pursuant to 28 U.S.C. § 1367 (a).

3.     This Honorable Court has personal jurisdiction over Defendant US Quick Legalization LLC since it maintains a place of business in the District of Columbia.

## Venue

4.     Venue is proper in this Honorable Court pursuant to 28 U.S.C. §1391 (b) since Defendant US Quick Legalization LLC is a District of Columbia limited liability company and is subject to personal jurisdiction of District of Columbia courts.

## Plaintiff US Legalization Inc.'s Background

5.     Plaintiff US Legalization Inc. is a Maryland corporation that is authorized to transact business in the District of Columbia as a foreign corporation by the District of Columbia Department of Consumer and Regulatory Affairs that was first established in the State of Maryland as "Arab American Chamber of Commerce Inc." on July 26, 1995 and whose name was changed to "US Legalization Inc." on February 10, 2006 as authorized by the Maryland State Department of Assessments and Taxation.

6.     Since February 10, 2006, at least, Plaintiff US Legalization Inc. has engaged in the business of facilitating the authentication, legalization and certification of documents with domestic and foreign governmental entities on behalf of its customers, who include both individuals and business entities.

7.     Since February 10, 2006, at least, Plaintiff US Legalization Inc. has held itself out to the public as "US Legalization."

8.     On December 20, 2009, Plaintiff US Legalization Inc. filed for trademark registration with the United States Patent and Trademark Office for the word mark "US LEGALIZATION" with regard to the following "goods and services" – "Authentication

of commercial and legal documents from various Secretaries of States, the US Department of State, chambers of commerce and all foreign embassies located in the USA. Testing, analysis and evaluation of the services of others for the purpose of certification in the field of commercial and legal documents from various Secretaries of States, the US Department of State, chambers of commerce and all foreign embassies located in the USA."

9.      According to Plaintiff US Legalization Inc.'s application for trademark registration with the United States Patent and Trademark Office, the date of "first use" and "first use in commerce" was November 1, 2004.

10.     The United States Patent and Trademark Office approved Plaintiff US Legalization Inc.'s application for trademark registration on March 8, 2011 and assigned it registration number 3927487.

11.     Plaintiff US Legalization Inc. is the owner of the domain name "uslegalization.com," which was originally registered on June 1, 2003, and operates a multi-screen, interactive website under this domain name that markets Plaintiff US Legalization Inc.'s services to third parties.

12.     Since its inception, Plaintiff US Legalization Inc. has devoted substantial expense, time, and effort to promote and market itself, its mark and trade name, "US LEGALIZATION," and domain name, "uslegalization.com," to third parties in the United States of America and abroad.

13.     Plaintiff US Legalization Inc. is widely known in the field of authentication, legalization and certification of documents and enjoys an excellent reputation as a leader in its industry, and has fostered significant goodwill within this field.

14.     As a direct and proximate result of its marketing efforts and reputation within the field of authentication, legalization and certification of documents, Plaintiff US Legalization Inc. is regularly contacted by third parties seeking to have documents authenticated, legalized or certified.

15.     Plaintiff US Legalization Inc.'s mark and trade name, "US LEGALIZATION," and domain name, "uslegalization.com," are distinctive, and as a direct and proximate result of the significant effort of Plaintiff US Legalization Inc., have substantial value and goodwill associated with this mark and trade name and domain name.

**Defendant US Quick Legalization LLC's Background**

16.     Defendant US Quick Legalization LLC is a District of Columbia limited liability company that was established on January 12, 2011 in the District of Columbia as authorized by the District of Columbia Department of Consumer and Regulatory Affairs.

17.     Upon information and belief, Defendant US Quick Legalization LLC is the owner of the domain name "usquicklegalization.com," which was originally registered on February 8, 2013.

18.     Defendant US Quick Legalization LLC is believed to be the entity that benefits from third parties' access of the domain name "usquicklegalization.com."

19.     Defendant US Quick Legalization LLC, which began its business enterprise a significant amount of time after Plaintiff US Legalization Inc., operates in the exact same industry as Plaintiff US Legalization Inc. (the field of authentication, legalization and certification of documents) from the exact same geographic area (the Washington, DC Metropolitan Area) as Plaintiff US Legalization Inc., and uses a confusingly similar name and domain name ("US Quick Legalization" vs. "US Legalization" and "usquicklegalization.com" vs. "uslegalization.com") as Plaintiff US Legalization Inc.

**Domain Names at Issue – "uslegalization.com" and "usquicklegalization.com"**

20.     Plaintiff US Legalization Inc.'s domain name, "uslegalization.com," "points to" a "home page" that is attached to this complaint as Exhibit 2a, an "apostile" sub-page, a printout of which is attached to this complaint as Exhibit 2b and a "Secretary of State" sub-page, a printout of which is attached to this complaint as Exhibit 2c.

21.     The domain name at issue in the instant case is "usquicklegalization.com" which is believed to be owned by Defendant US Quick Legalization LLC  and "points to" a "home page," a printout of which is attached to this complaint as Exhibit 1a, an "apostile" sub-page, a printout of which is attached to this complaint as Exhibit 1b and a "Secretary of State" sub-page, a printout of which is attached to this complaint as Exhibit 1c.

**Defendant US Quick Legalization LLC's
Misuse of Plaintiff US Legalization Inc.'s Protected Marks**

22.     Defendant US Quick Legalization LLC deceives the public by misusing Plaintiff US Legalization Inc.'s famous "US Legalization" brand and protected "US Legalization" mark through its ownership of the "usquicklegalization.com" domain name and sale of services under the name "US Quick Legalization LLC," whether through the internet, the telephone or in person.

23.     Defendant US Quick Legalization LLC's misuse infringes upon Plaintiff US Legalization Inc.'s good name and trademark, "US Legalization."

24.     At the heart of Defendant US Quick Legalization LLC's scheme is its use of the domain name "usquicklegalization.com" which deceives individuals and business entities into purchasing document authentication, certification and legalization services from Defendant US Quick Legalization LLC instead of Plaintiff US Legalization Inc.

25.    Defendant US Quick Legalization LLC has used similar brands and marks Plaintiff US Legalization Inc.'s protected brands and marks, and has copied the look and feel of Plaintiff US Legalization Inc.'s webpages, in addition to, copying the actual text contained on Plaintiff US Legalization Inc.'s webpages in an attempt to deceive individuals and business entities into purchasing document authentication, certification and legalization services from Defendant US Quick Legalization LLC instead of Plaintiff US Legalization Inc.

26.    The goal of Defendant US Quick Legalization LLC's scheme is to deceive individuals and business entities into purchasing document authentication, certification and legalization services from Defendant US Quick Legalization LLC instead of Plaintiff US Legalization Inc.

27.    On its "home page" (http://usquicklegalization.com, attached to this complaint as Exhibit 1a), Defendant US Quick Legalization LLC utilizes language under the heading "Payment and Process" that is substantially similar to the language in Plaintiff US Legalization Inc.'s "home page" (http://uslegalization.com, attached to this complaint as Exhibit 2a):

       From   http://usquicklegalization.com:

       Upon receipt of your documents we will email you an invoice and estimated date of completion. Your document will be prepared by certifying it by the state or chamber of commerce if required on the day that it is received. Due to the fact that the US Department of State closes at 9 AM, , your document will be authenticated by the US Department of State (Usually it takes 3 business days for your document to be certified) and dropped at the designated embassy on the next business day. The embassy will give us an estimated date for pickup. Our courier will go to the embassy on the given date. If the document is not ready, the courier will return to the embassy daily, until he receives it (there is no extra charge for this). Within a few hours, your document will be hand carried to the FedEx or UPS hub at Dulles Airport, VA . Your documents are never dropped in a box. You will receive another email that evening

stating that your document has been shipped back to you.

From http://uslegalization.com:

Upon receipt of your documents we will email you an invoice and estimated date of completion. Your document will be prepared by certifying it by the state or chamber of commerce if required on the day that it is received. Due to the fact that the US Department of State opens 8:00 AM and closes at 9:00 AM, your document will be dropped next day of receiving, and picked after 2 business days authenticated by the US Department of State. It will be dropped same day at the designated embassy. The embassy will give us an estimated date for pickup. Our courier will go to the embassy on the given date. If the document is not ready, the courier will return to the embassy daily, until he receives it (there is no extra charge for this). Within a few hours, your document will be hand carried to the FedEx or UPS and shipped. You will receive another email that evening stating that your document has been shipped back to you. This process has been streamlined with our years of experience.

28.    On its "apostille" sub-page, (http://usquicklegalization.com/what-is-apostille.html,

attached to this complaint as Exhibit 1b), Defendant US Quick Legalization LLC utilizes

language that is substantially similar to the language in Plaintiff US Legalization Inc.'s

"apostille" sub-page (https://www.uslegalization.com/defenition/apostille.htm, attached to

this complaint as Exhibit 2b):

From http://usquicklegalization.com/what-is-apostille.html:

The apostille is a special kind of letter and stamp – is the shortest process of legalization. An apostille is not the same as a 'raised seal', these are two separate things.

An apostille can be used if both countries (the country issuing the document and the country in which the document will be used) are part of the international "The Hague Apostille Convention* ".

The United States is a party to the Hague Convention Abolishing the Requirement of Legalization for Foreign Public Documents. The Convention abolishes the requirement of diplomatic and consular legalization for public documents originating in one Convention country and intended for use in another. For the purposes of the Convention, public documents include: (a) documents emanating from a court, (b) documents issued by an administrative authority (such as civil records),

and  (c) documents executed before a notary. Such documents issued in a Convention country which have been certified by a Convention certificate called an "apostille" are entitled to recognition in any other Convention country without any further authentication.

From https://www.uslegalization.com/defenition/apostille.htm:

The apostille - a special kind of letter and stamp - is the shortest process of legalization. An apostille is not the same as a 'raised seal', these are two separate things.An apostille can be used if both countries (the country issuing the document and the country in which the document will be used) are part of the international "The Hague Apostille Convention*".

The United States is a party to the Hague Convention Abolishing the Requirement of Legalization for Foreign Public Documents. The Convention abolishes the requirement of diplomatic and consular legalization for public documents originating in one Convention country and intended for use in another. For the purposes of the Convention, public documents include: (a) documents emanating from a court, (b) documents issued by an administrative authority (such as civil records), and (c) documents executed before a notary. Such documents issued in a Convention country which have been certified by a Convention certificate called an "apostille" are entitled to recognition in any other Convention country without any further authentication.

29.    On its "Secretary of State" sub-page, (http://usquicklegalization.com/secretaries-of-state.html, attached to this complaint as Exhibit 1c), Defendant US Quick Legalization LLC utilizes language that is substantially similar to the language in Plaintiff US Legalization Inc.'s "Secretary of State" sub-page (https://www.uslegalization.com/states.html, attached to this complaint as Exhibit 2c):

From http://usquicklegalization.com/secretaries-of-state.html:

**Alabama**
DOCUMENTS  MUST BE COUNTY AUTHENTICATED BEFORE GOING TO THE SECRETARY OF STATE - Here is the contact info for the County Clerks in Alabama (look under Probate office).
Secretary of State, State Capitol 600 Dexter Ave., Rm. S 105 Montgomery, AL 36104. Mail to :P.O. Box 5616 Montgomery, Alabama 36103-5616. Telephone:334-242-7200 ,Fax: 334-242-4993 ,Fee: $5/doc, Check to "Alabama Secretary of State" http://www.sos.state.al.us

**Alaska**

Secretary of State 550 W 7th Ave , Suite 1700 , Anchorage , AK 99501
Telephone:907.269.7460 fax:269.0263  - state capitol third floor Juneau
Alaska  Telephone:907.465.3520  fax:460.5400
Fee: $2/doc, Email: notary@gov.state.ak.us Check to "State of
Alaska"  http://ltgov.state.ak.us/

**Arizona**

Arizona Secretary of State, Attn: Notary Department 1700 W.
Washington, 7th Floor Phoenix, AZ 85007-2888. Telephone: 602-542-
4285 Fee: $3/doc, Check to "Secretary of State" http://www.azsos.gov/

**Arkansas**

Secretary of State RM 256 State Capitol Building Little Rock, AR 72201
Telephone: 501-682-1010 Fee: $5/Certification, $10/Apostille Check to
"Secretary of State"  http://www.sosweb.state.ar.us/

**California**

Office of the Secretary of State,  Notary Public Division Office Address:
1500 11th St., Second Floor; Sacramento, CA 95814 Mailing address PO
Box 942877; Sacramento, CA 94277-0001 916-653-6814 Fee: $20/doc,
Check to "Secretary of State" If you come in person, you also pay $6 per
different notary "expediting fee" http://www.sos.ca.gov/business/notary/
authentication.htm

. . .

From https://www.uslegalization.com/states.html:

**Alabama**

DOCUMENTS  MUST  BE  COUNTY  AUTHENTICATED  BEFORE
GOING TO THE SECRETARY OF STATE - Here is the contact info for
the County Clerks in Alabama (look under Probate office).Secretary of
State, State Capitol 600 Dexter Ave., Rm. S 105 Montgomery, AL 36104.
Mail   to  :P.O.  Box   5616   Montgomery,   Alabama   36103-5616.
Telephone:334-242-7200 ,Fax: 334-242-4993 ,Fee: $5/doc, Check to
"Alabama Secretary of State" http://www.sos.state.al.us

**Alaska**

Secretary of State 550 W 7th Ave , Suite 1700 , Anchorage , AK 99501
Telephone:907.269.7460 fax:269.0263  - state capitol third floor Juneau
Alaska    Telephone:907.465.3520    fax:460.5400Fee:  $2/doc,  Email:
notary@gov.state.ak.us      Check      to      "State      of
Alaska"  http://ltgov.state.ak.us/

**Arizona**

Arizona Secretary of State, Attn: Notary Department 1700 W. Washington, 7th Floor Phoenix, AZ 85007-2888. Telephone: 602-542-4285 Fee: $3/doc, Check to "Secretary of State" http://www.azsos.gov/

**Arkansas**

Secretary of State RM 256 State Capitol Building Little Rock, AR 72201 Telephone: 501-682-1010 Fee: $5/Certification, $10/Apostille Check to "Secretary of State" http://www.sosweb.state.ar.us/

**California**

Office of the Secretary of State,  Notary Public Division Office Address: 1500 11th St., Second Floor; Sacramento, CA 95814 Mailing address PO Box 942877; Sacramento, CA 94277-0001 916-653-6814 Fee: $20/doc, Check to "Secretary of State" If you come in person, you also pay $6 per different notary "expediting fee" http://www.ss.ca.gov/business/notary/notary_authentication.htm

. . .

## Count I – Trademark Infringement in Violation of 15 U.S.C. § 1114 (1) (a)

30.    The allegations contained in Paragraphs 1-29 of the instant Complaint are incorporated herein as if fully stated.

31.    The name, US Quick Legalization, and domain name, "usquicklegalization.com," as used in commerce by Defendant US Quick Legalization LLC within the District of Columbia and throughout the United States of America is confusingly similar to Plaintiff US Legalization Inc.'s protected registered brand and mark, "US Legalization," and constitutes an ongoing trademark infringement.

32.    Defendant US Quick Legalization LLC's use in commerce of the name, US Quick Legalization, and domain name, "usquicklegalization.com," and copying of text from Plaintiff US Legalization Inc.'s website onto its own website, was willful and without the consent of Plaintiff US Legalization Inc.

33.     In fact, Plaintiff US Legalization Inc. sent Defendant US Quick Legalization LLC a demand to cease and desist such infringement, but Defendant US Quick Legalization LLC ignored this demand.

34.     Defendant US Quick Legalization LLC's use in commerce of the name, US Quick Legalization, and domain name, "usquicklegalization.com," and copying of text from Plaintiff US Legalization Inc.'s website onto its own website, in connection with the sale, offering for sale, distribution, or advertising of any goods or services or in connection with which such use is likely to cause, and has caused, confusion and/or a mistaken belief within the general public who are in the market for Plaintiff US Legalization Inc.'s and Defendant US Quick Legalization LLC's services, and has caused these third parties to believe that Defendant US Quick Legalization LLC is affiliated with, sponsored by or endorsed by Plaintiff US Legalization Inc. in violation of 15 U.S.C. § 1114 (1) (a).

35.     Defendant US Quick Legalization LLC's use in commerce of the name, US Quick Legalization, and domain name, "usquicklegalization.com," and copying of text from Plaintiff US Legalization Inc.'s website onto its own website, in connection with the sale, offering for sale, distribution, or advertising of any goods or services or in connection with which such use is likely to deceive, and has deceived the general public who are in the market for Plaintiff US Legalization Inc.'s and Defendant US Quick Legalization LLC's services, into believing that Defendant US Quick Legalization LLC is affiliated with, sponsored by or endorsed by Plaintiff US Legalization Inc. in violation of 15 U.S.C. § 1114 (1) (a).

36.     Defendant US Quick Legalization LLC's use of the name, US Quick Legalization, and domain name, "usquicklegalization.com," and copying of text from Plaintiff US Legalization Inc.'s website onto its own website, was knowing and willful,

and was committed with the knowledge of and with the intent that such actions would cause confusion or mistake within the general public who are in the market for Plaintiff US Legalization Inc.'s and Defendant US Quick Legalization LLC's services, or would deceive the general public into believing that Defendant US Quick Legalization LLC is affiliated with, sponsored by or endorsed by Plaintiff US Legalization Inc. within the meaning of 15 U.S.C. § 1114.

37.     Defendant US Quick Legalization LLC's use of the name, US Quick Legalization, and domain name, "usquicklegalization.com," and copying of text from Plaintiff US Legalization Inc.'s website onto its own website, was also committed with the intent to trade on Plaintiff US Legalization Inc.'s goodwill.

38.     Defendant US Quick Legalization LLC's actions, have caused Plaintiff US Legalization Inc. to have suffered significant monetary injury to its business in an amount that is estimated to be over five hundred thousand dollars, and have caused and will cause irreparable harm to Plaintiff US Legalization Inc. for which Plaintiff US Legalization Inc. has no adequate remedy at law, in that:

    a.     Plaintiff US Legalization Inc.'s protected brand and mark and goodwill are unique assets that give Plaintiff US Legalization Inc. certain business advantages, the value of which is impossible to ascertain;

    b.     Defendant US Quick Legalization LLC's misuse of Plaintiff US Legalization Inc.'s protected brand and mark and Defendant US Quick Legalization LLC's trade on Defendant US Quick Legalization LLC's goodwill have caused and are likely to cause Plaintiff US Legalization Inc. to lose business opportunities that are afforded to Defendant US Quick Legalization LLC's in the

mistaken belief that Defendant US Quick Legalization LLC is affiliated with, sponsored by or endorsed by Plaintiff US Legalization Inc.

c.      Defendant US Quick Legalization LLC's misuse of Plaintiff US Legalization Inc.'s protected brand and mark and its trading on Plaintiff US Legalization Inc.'s goodwill have caused and are likely to cause Plaintiff US Legalization Inc.'s goodwill to be diminished.

WHEREFORE, Plaintiff US Legalization Inc. respectfully requests that this Honorable Court:

a.      to order Defendant US Quick Legalization LLC to account for its profits since this entity's inception, and pay these profits (trebled) to Plaintiff US Legalization Inc. as damages pursuant to 15 U.S.C. § 1117 (a) and (b);

b.      to order Defendant US Quick Legalization LLC to pay Plaintiff US Legalization Inc. for all damages (trebled) sustained by Plaintiff US Legalization Inc. as damages pursuant to 15 U.S.C. § 1117 (a) and (b), which damages exceed the sum of $1,000,000.00;

c.      to order Defendant US Quick Legalization LLC to pay statutory damages (trebled) to Plaintiff US Legalization Inc., which damages are $2,000,000.00 pursuant to 15 U.S.C. § 1117 (c);

d.      to enter an injunctive order requiring Defendant     US     Quick Legalization LLC to cease and desist from using Plaintiff US Legalization Inc. protected brand and mark and a domain name similar to Plaintiff US Legalization Inc.'s domain name pursuant to 15 U.S.C. § 1116 (a);

e.      to order Defendant US Quick Legalization LLC to pay Plaintiff US Legalization Inc. damages, costs and attorney's fees pursuant to 15 U.S.C. § 1117, which damages exceed the sum of $1,000,000.00; and

f.      to issue any other order required in the interest of justice.

**Count II – False Designation of Origin, False Description and Trademark Dilution
in Violation of 15 U.S.C. § 1125 (a) (1) (A),
15 U.S.C. § 1125 (a) (1) (B) and 15 U.S.C. § 1125 (c)**

39.     The allegations contained in Paragraphs 1-29 of the instant Complaint are incorporated herein as if fully stated.

40.     Defendant US Quick Legalization LLC's use in commerce of the name, US Quick Legalization, and domain name, "usquicklegalization.com," and copying of text from Plaintiff US Legalization Inc.'s website onto its own website, in connection with its sale of goods and services in commerce violates 15 U.S.C. § 1125 (a) (1) (A) and (B) with regard to Plaintiff US Legalization Inc.'s protected brand and mark in that such use is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or approval of his or her goods, services, or commercial activities by another person, or in commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of his or her on another person's goods, services, or commercial activities.

41.     Plaintiff US Legalization Inc.'s protected brand and mark is famous and/or distinctive (either inherently or through acquired distinctiveness), and therefore, Plaintiff US Legalization Inc. is entitled to injunctive relief pursuant to 15 U.S.C. § 1125 (c).

42.     Defendant US Quick Legalization LLC's use in commerce of the name, US Quick Legalization, and domain name, "usquicklegalization.com," and copying of text from Plaintiff US Legalization Inc.'s website onto its own website, was willful and without the consent of Plaintiff US Legalization Inc.

43.     In fact, Plaintiff US Legalization Inc. sent Defendant US Quick Legalization LLC a demand to cease and desist such infringement, but Defendant US Quick Legalization LLC ignored this demand.

44.     Defendant US Quick Legalization LLC's actions, have caused Plaintiff US Legalization Inc. to have suffered significant monetary injury to its business in an amount that is estimated to be over five hundred thousand dollars, and have caused and will cause irreparable harm to Plaintiff US Legalization Inc. for which Plaintiff US Legalization Inc. has no adequate remedy at law, in that:

  a.     Plaintiff US Legalization Inc.'s protected brand and mark and goodwill are unique assets that give Plaintiff US Legalization Inc. certain business advantages, the value of which is impossible to ascertain;

  b.     Defendant US Quick Legalization LLC's misuse of Plaintiff US Legalization Inc.'s protected brand and mark and Defendant US Quick Legalization LLC's trade on Defendant US Quick Legalization LLC's goodwill have caused and are likely to cause Plaintiff US Legalization Inc. to lose business opportunities that are afforded to Defendant US Quick Legalization LLC's in the mistaken belief that Defendant US Quick Legalization LLC is affiliated with, sponsored by or endorsed by Plaintiff US Legalization Inc.

  c.     Defendant US Quick Legalization LLC's misuse of Plaintiff US Legalization Inc.'s protected brand and mark and its trading on Plaintiff US Legalization Inc.'s goodwill have caused and are likely to cause Plaintiff US Legalization Inc.'s goodwill to be diminished.

WHEREFORE, Plaintiff US Legalization Inc. respectfully requests that this Honorable Court:

a.      to order Defendant US Quick Legalization LLC to account for its profits since this entity's inception, and pay these profits (trebled) to Plaintiff US Legalization Inc. as damages pursuant to 15 U.S.C. § 1117 (a) and (b);

b.      to order Defendant US Quick Legalization LLC to pay Plaintiff US Legalization Inc. for all damages (trebled) sustained by Plaintiff US Legalization Inc. as damages pursuant to 15 U.S.C. § 1117 (a) and (b), which damages exceed the sum of $1,000,000.00;

c.      to order Defendant US Quick Legalization LLC to pay statutory damages (trebled) to Plaintiff US Legalization Inc., which damages are $2,000,000.00 pursuant to 15 U.S.C. § 1117 (c);

d.      to enter an injunctive order requiring Defendant      US      Quick Legalization LLC to cease and desist from using Plaintiff US Legalization Inc. protected brand and mark and a domain name similar to Plaintiff US Legalization Inc.'s domain name pursuant to 15 U.S.C. § 1116 (a) and 15 U.S.C. § 1125 (c) (1);

e.      to order Defendant US Quick Legalization LLC to pay Plaintiff US Legalization Inc. damages, costs and attorney's fees pursuant to 15 U.S.C. § 1117, which damages exceed the sum of $1,000,000.00; and

f.      to issue any other order required in the interest of justice.

## <u>Count III – Cyberpiracy in Violation of 15 U.S.C. § 1125 (d) (1) (A)</u>

45.     The allegations contained in Paragraphs 1-29 of the instant Complaint are incorporated herein as if fully stated.

46.     By registering the domain name, "usquicklegalization.com" and linking a common webpage to all of these domain names, Defendant US Quick Legalization LLC has, without regard to the goods or services of the parties, a bad faith intent to profit from the mark owned by Plaintiff US Legalization Inc., specifically, the mark "US Legalization" pursuant to 15 U.S.C. § 1125 (d) (1) (A) (ii).

47.     By registering the domain name, "usquicklegalization.com" and linking a webpage to this domain name, Defendant US Quick Legalization LLC has registered, trafficked in or used domain names that are identical or confusingly similar to Plaintiff

US Legalization Inc.'s mark, "US Legalization" that was a registered trademark and a mark that was distinctive or famous at the time Defendant US Quick Legalization LLC registered this domain name, specifically, the mark "US Legalization" pursuant to 15 U.S.C. § 1125 (d) (1) (A) (ii) (I) and 15 U.S.C. § 1125 (d) (1) (A) (ii) (I).

48.     By registering the domain name, "usquicklegalization.com" and linking a webpage to all of this domain name, Defendant US Quick Legalization LLC has registered, trafficked in or used a domain name that is identical or confusingly similar to Plaintiff US Legalization Inc.'s mark, "US Legalization" that is a trademark, word or other name protected by reason of section 706 of title 18 of the United States Code or section 220506 of title 36 of the United States Code pursuant to 15 U.S.C. § 1125 (d) (1) (A) (ii) (III).

49.     As a direct and proximate result of Defendant US Quick Legalization LLC's registration of the domain name, "usquicklegalization.com" and linkage to Defendant US Quick Legalization LLC's website, Plaintiff US Legalization Inc. has suffered damages, including, but not limited to the dilution of its mark  "US Legalization."

WHEREFORE, Plaintiff US Legalization Inc. respectfully requests that this Honorable Court:

> a.      to order the forfeiture and cancellation of the domain name "usquicklegalization.com" that is believed to have been registered by Defendant US Quick Legalization LLC pursuant to 15 U.S.C. § 1125 (d) (1) (C);

> b.      to order that the ownership and registration of the domain name "usquicklegalization.com" be transferred to Plaintiff US Legalization Inc. pursuant to 15 U.S.C. § 1125 (d) (1) (C);

> c.      to order Defendant US Quick Legalization LLC to account for its profits since this entity's inception, and pay these profits (trebled) to Plaintiff US Legalization Inc. as damages pursuant to 15 U.S.C. § 1117 (a) and (b);

d.       to order Defendant US Quick Legalization LLC to pay Plaintiff US Legalization Inc. for all damages (trebled) sustained by Plaintiff US Legalization Inc. as damages pursuant to 15 U.S.C. § 1117 (a) and (b), which damages exceed the sum of $1,000,000.00;

e.       to order Defendant US Quick Legalization LLC to pay statutory damages (trebled) to Plaintiff US Legalization Inc., which damages are $2,000,000.00 pursuant to 15 U.S.C. § 1117 (c);

f.       to enter an injunctive order requiring Defendant       US       Quick Legalization LLC to cease and desist from using Plaintiff US Legalization Inc. protected brand and mark and a domain name similar to Plaintiff US Legalization Inc.'s domain name pursuant to 15 U.S.C. § 1116 (a) and 15 U.S.C. § 1125 (c) (1);

g.       to order Defendant US Quick Legalization LLC to pay Plaintiff US Legalization Inc. damages, costs and attorney's fees pursuant to 15 U.S.C. § 1117, which damages exceed the sum of $1,000,000.00; and

h.       to issue any other order required in the interest of justice.

**Count IV – Federal "Passing Off," Unfair Competition and Misappropriation**

50.     The allegations contained in Paragraphs 1-29 of the instant Complaint are incorporated herein as if fully stated.

51.     Plaintiff US Legalization Inc. has invested substantial time, money, skill and effort in creating and promoting its marketing approaches and tools, trade name, trade mark, domain name, trade dress, goodwill and reputation, and these things, each and in combination with each other, represent a substantial commercial value to Plaintiff US Legalization Inc., and such commercial value constitutes an intangible property right belonging to Plaintiff US Legalization Inc.

52.     Through its "passing off," taking and use of Plaintiff US Legalization Inc.'s trade name, trade mark, domain name, trade dress, goodwill and reputation, Defendant US Quick Legalization LLC have engaged in unfair competition and misappropriation under the doctrine of International News Service v. Associated Press, 248 U.S. 215 (1918).

53.     Defendant US Quick Legalization LLC's "passing off," taking and use of Plaintiff US Legalization Inc.'s trade name, trade mark, domain name, trade dress, goodwill and reputation were willful and malicious and were undertaken with full knowledge of the adverse effect of its wrongful conduct upon Plaintiff US Legalization Inc. and with the conscious disregard of the rights of Plaintiff US Legalization Inc.

54.     As a direct and proximate result Defendant US Quick Legalization LLC's "passing off," taking and use of Plaintiff US Legalization Inc.'s trade name, trade mark, domain name, trade dress, goodwill and reputation, Plaintiff US Legalization Inc. has suffered and will continue to suffer damages, which cannot be adequately compensated by monetary damages alone, but the monetary damages alone are in excess of $1,000,000.00.

WHEREFORE, Plaintiff US Legalization Inc. respectfully requests that this Honorable Court:

a.      to order Defendant US Quick Legalization LLC to pay Plaintiff US Legalization Inc. for all damages (trebled) sustained by Plaintiff US Legalization Inc. as damages, which damages exceed the sum of $1,000,000.00;

b.      to enter an injunctive order requiring Defendant        US      Quick Legalization LLC to cease and desist from using Plaintiff US Legalization Inc. protected brand and mark and a domain name similar to Plaintiff US Legalization Inc.'s domain name; and

c.      to issue any other order required in the interest of justice.

### Count V – Unlawful Trade Practice Pursuant to D.C. Code § 28-3904

55.     The allegations contained in Paragraphs 1-29 of the instant Complaint are incorporated herein as if fully stated.

56.     Defendant US Quick Legalization LLC's use in commerce in the District of Columbia of the name, US Quick Legalization, and domain name,

"usquicklegalization.com," and copying of text from Plaintiff US Legalization Inc.'s website onto its own website, in connection with the sale, offering for sale, distribution, or advertising of any goods or services or in connection with which such use are unlawful trade practices that violates D.C. Code § 28-3904 (a), (d) and (s) since Defendant US Quick Legalization LLC "passed off" its goods and services as those of Plaintiff US Legalization Inc. by representing that its goods or services have a source, sponsorship, approval, certification, accessories, characteristics, ingredients, uses, benefits, or quantities that they do not have and are of a particular standard, quality, grade, style, or model, specifically, the quality of Plaintiff US Legalization Inc.'s services.

57.    Defendant US Quick Legalization LLC's use of the name, US Quick Legalization, and domain name, "usquicklegalization.com," and copying of text from Plaintiff US Legalization Inc.'s website onto its own website, was knowing and willful, and was committed with the knowledge of and with the intent that such actions would cause confusion or mistake within the general public who are in the market for Plaintiff US Legalization Inc.'s and Defendant US Quick Legalization LLC's services, or would deceive the general public into believing that Defendant US Quick Legalization LLC is affiliated with, sponsored by or endorsed by Plaintiff US Legalization Inc..

58.    Defendant US Quick Legalization LLC's actions, have caused Plaintiff US Legalization Inc. to have suffered significant monetary injury to its business in an amount that is estimated to be over five hundred thousand dollars, and have caused and will cause irreparable harm to Plaintiff US Legalization Inc. for which Plaintiff US Legalization Inc. has no adequate remedy at law, in that:

a.      Plaintiff US Legalization Inc.'s protected brand and mark and goodwill are unique assets that give Plaintiff US Legalization Inc. certain business advantages, the value of which is impossible to ascertain;

b.      Defendant US Quick Legalization LLC's misuse of Plaintiff US Legalization Inc.'s protected brand and mark and Defendant US Quick Legalization LLC's trade on Defendant US Quick Legalization LLC's goodwill have caused and are likely to cause Plaintiff US Legalization Inc. to lose business opportunities that are afforded to Defendant US Quick Legalization LLC's in the mistaken belief that Defendant US Quick Legalization LLC is affiliated with, sponsored by or endorsed by Plaintiff US Legalization Inc.

c.      Defendant US Quick Legalization LLC's misuse of Plaintiff US Legalization Inc.'s protected brand and mark and its trading on Plaintiff US Legalization Inc.'s goodwill have caused and are likely to cause Plaintiff US Legalization Inc.'s goodwill to be diminished.

WHEREFORE, Plaintiff US Legalization Inc. respectfully requests that this Honorable Court:

a.      to order Defendant US Quick Legalization LLC to pay Plaintiff US Legalization Inc. for all damages (trebled) sustained by Plaintiff US Legalization Inc. as damages pursuant to D.C. Code § 28-3905 (k) which damages exceed the sum of $1,000,000.00;

b.      to order Defendant US Quick Legalization LLC to pay statutory damages (trebled) to Plaintiff US Legalization Inc. pursuant to D.C. Code § 28-3905 (k);

c.      to enter an injunctive order requiring Defendant     US    Quick Legalization LLC to cease and desist from using Plaintiff US Legalization Inc. protected brand and mark and a domain name similar to Plaintiff US Legalization Inc.'s domain name pursuant to D.C. Code § 28-3905 (k);

d.      to order Defendant US Quick Legalization LLC to pay Plaintiff US Legalization Inc. damages, costs and attorney's fees pursuant to D.C. Code § 28-3905 (k), which damages exceed the sum of $1,000,000.00; and

e.      to issue any other order required in the interest of justice.

### Count VI – Preliminary Injunction

59.     The allegations contained in all preceding paragraphs of the instant Complaint are incorporated herein as if fully stated.

60.     Plaintiff US Legalization Inc. respectfully requests that this Honorable Court enter a preliminary injunction pursuant to requiring to cease and desist from using Plaintiff US Legalization Inc. protected brand and mark and a domain name similar to Plaintiff US Legalization Inc.'s domain name pursuant to 15 U.S.C. § 1116 (a) and 15 U.S.C. § 1125 (c) (1).

WHEREFORE, Plaintiff US Legalization Inc. respectfully requests that this Honorable Court to enter a preliminary injunction requiring Defendant US Quick Legalization LLC to cease and desist from using Plaintiff US Legalization Inc. protected brand and mark and a domain name similar to Plaintiff US Legalization Inc.'s domain name pursuant to 15 U.S.C. § 1116 (a) and 15 U.S.C. § 1125 (c) (1); to order Defendant US Quick Legalization LLC to pay Plaintiff US Legalization Inc. damages, costs and attorney's fees pursuant to 15 U.S.C. § 1117, which damages exceed the sum of $1,000,000.00; and to issue any other order required in the interest of justice.

### Count VII – Permanent Injunction

61.     The allegations contained in all preceding paragraphs of the instant Complaint are incorporated herein as if fully stated.

62.     Plaintiff US Legalization Inc. respectfully requests that this Honorable Court enter a permanent injunction pursuant to requiring to cease and desist from using Plaintiff

US Legalization Inc. protected brand and mark and a domain name similar to Plaintiff US Legalization Inc.'s domain name pursuant to 15 U.S.C. § 1116 (a) and 15 U.S.C. § 1125 (c) (1).

WHEREFORE, Plaintiff US Legalization Inc. respectfully requests that this Honorable Court to enter a permanent injunction requiring Defendant US Quick Legalization LLC to cease and desist from using Plaintiff US Legalization Inc. protected brand and mark and a domain name similar to Plaintiff US Legalization Inc.'s domain name pursuant to 15 U.S.C. § 1116 (a) and 15 U.S.C. § 1125 (c) (1); to order Defendant US Quick Legalization LLC to pay Plaintiff US Legalization Inc. damages, costs and attorney's fees pursuant to 15 U.S.C. § 1117, which damages exceed the sum of $1,000,000.00; and to issue any other order required in the interest of justice.

Respectfully submitted,

J.P. Szymkowicz (#462146)
John T. Szymkowicz (#946079)
SZYMKOWICZ & SZYMKOWICZ, LLP
2300 N Street, N.W., Suite 5310
Washington, DC  20037-2211
(202) 862-8500

Attorney for Plaintiff US Legalization Inc.

## JURY DEMAND

Plaintiff US Legalization Inc. demands trial by jury as to all issues so triable.

J.P. Szymkowicz (#462146)
Attorney for Plaintiff US Legalization Inc.

# Exhibit 1a



# US Quick Legalization LLC

*Get your documents certified quicker…*

Like Us  

| HOME | WHAT IS APOSTILLE | SECRETARIES OF STATE | CONTACT US |

**What is Legalization:**

Many documents that originate in the United States and are be used in another country must first be "authenticated" or "legalized".  This is a process in which various seals are placed on the document so they will be recognized as legal documents in the other countries.  Different countries require different levels of authentication and have different procedures.



There are **two** different procedures for legalizing documents.  A number of countries are part of the "Hague Legalization Convention" which requires a document called an "Apostille".  Countries not part of this convention follow what the state department calls "The Chain Authentication Method".  A procedure that entails various government offices looking over the document and authenticating that the signatures are valid.

Apostille-Documents destined for use in countries participating in Hague Legalization Convention should be certified by one of the officials in the jurisdiction in which the document has been executed.  Usually this is the office of the State Secretary of State.  Said official must have been designated as competent to issue certifications by Apostille.  With this certification by Apostille, the document is entitled to recognition in the country of intended use.

Hague Legalization Convention-The Convention abolishes the requirement of diplomatic and consular legalization for public documents originating in one Convention country and intended for use in another. For the purposes of the Convention, public documents include:
(a) documents emanating from a court,
(b) documents issued by an administrative authority (such as civil records), and
(c) documents executed before a notary.
Such documents issued in a Convention country which have been certified by a Convention certificate called an "Apostille" are entitled to recognition in any other Convention country without any further authentication.  Since October 15, 1981, the United States has been part of the 1961 Hague Convention abolishing the Requirement of Legalization for Foreign Public Documents
Click  Here  for a list of countries that recognize an Apostille and countries that do not.

---

Quick US Legalization is a private agency that accelerates the legalization, authentication, and certification of documents.

We authenticate the documents mentioned below from the Secretary of the State of DC Office of the Secretary, US Department of State in Washington DC and certify them from the requested chamber of commerce, and foreign consulate or embassy:

·  Industrial standard compliance credentialing certificates,
·  FDA, USDA, USPTO, EPA, US Dep. Of State, Homeland Security, Federal Court
·  Translations English-Persian and Persian-English
·  Notary Public
·  Certificates to foreign government,
·  Free sale certificates,
·  Agency agreements,
·  Powers of attorney.
·  Commercial invoices, and
·  Certificates of Origin and Packing lists.

---

**Our Fees:**

Our service fee for most countries (Non participating Hague Convention) is $65.00 for the first and $30.00 for each additional document for the same country. Please Click Here for the processing fee of each embassy.

Please include a $8.00 US Department of State fee and $15.00 DC Treasury fee (Sometimes needed).

For the countries participating in the Hague Convention. Any document for use in these countries requires an apostille. US Legalization will apostille federal documents from the US Department of State, i.e.; documents issued from the FDA, USDA, USPTO, EPA, US Dept. of Homeland Security, or the Federal Court. The total fee is $40.00 per apostille for most countries.

---

**Payment and Process**

US Quick Legalization encourages all customers to send their payment in the form of a company check or U.S. Money Order. Mailing, If you are using FedEx, -DHL-, or -UPS- Please send a self addressed airway bill for return of your document (make sure that it has your account number or your credit card number, and that you have signed it). If you are using regular or priority USPS mail, please include a stamped, self addressed envelope.

Upon receipt of your documents we will email you an invoice and estimated date of completion. Your document will be prepared by certifying it by the state or chamber of commerce if required on the day that it is received. Due to the
fact that the US Department of State closes at 9 AM, , your document will be authenticated by the US Department of State (Usually it takes 3 business days for your document to be certified) and dropped at the designated embassy on the next business day.  The embassy will give us an estimated date for pickup. Our courier will go to the embassy on the given date.  If the document is not ready, the courier will return to the embassy daily, until he receives it (there is no extra charge for this). Within a few hours, your document will be hand carried to the FedEx or UPS hub at Dulles Airport, VA .  Your documents are never dropped in a box.  You will receive another email that evening stating that your document has been shipped back to you.

If you need further assistance, e-mail your request to info@usquicklegalization.com  you can contact us at:

Phone:
**1-(202)-630-5373**
**1-(703)-986-9560**

Fax:
**1-(202)-499-1404**

For instant assistance. For further information, please Click Here

**Address :**
US Quick Legalization LLC
700 12th Street N.W. Suite 700
Washington DC, 20005 USA

© Copyright Quick US Legalization 2010

# Exhibit 1b



# US Quick Legalization LLC

*Get your documents certified quicker…*

Like Us 

| HOME | WHAT IS APOSTILLE | SECRETARIES OF STATE | CONTACT US |
|------|------------------|---------------------|-----------|

**What is Apostille:**

The apostille is a special kind of letter and stamp – is the shortest process of legalization. An apostille is not the same as a 'raised seal', these are two separate things.

 An apostille can be used if both countries (the country issuing the document and the country in which the document will be used) are part of the international "The Hague Apostille Convention* ".


Washington DC Apostille

The United States is a party to the Hague Convention Abolishing the Requirement of Legalization for Foreign Public Documents. The Convention abolishes the requirement of diplomatic and consular legalization for public documents originating in one Convention country and intended for use in another. For the purposes of the Convention, public documents include:
(a) documents emanating from a court,
(b) documents issued by an administrative authority (such as civil records), and
(c) documents executed before a notary. Such documents issued in a Convention country which have been certified by a Convention certificate called an "apostille" are entitled to recognition in any other Convention country without any further authentication

Corporate Documents Notarized by Notary Public :
It is preferable for corporations to obtain apostilles from their local Secretary of State
For the Full list of Secetraies of States,  Click Here

**Home** / **What is Legalization** / **What is Apostille** / **Secretaries of State** / **Contact us**

© Copyright Quick US Legalization 2010

# Exhibit 1c

 **US Quick Legalization LLC**
*Get your documents certified quicker...*

Like Us 

| HOME | WHAT IS APOSTILLE | SECRETARIES OF STATE | CONTACT US |

**List of Addresses of Secretaries of State:**

**Alabama**

DOCUMENTS  MUST BE COUNTY AUTHENTICATED BEFORE GOING TO THE SECRETARY OF STATE - Here is the contact info for the County Clerks in Alabama (look under Probate office).
Secretary of State, State Capitol 600 Dexter Ave., Rm. S 105 Montgomery, AL 36104. Mail to :P.O. Box 5616 Montgomery, Alabama 36103-5616. Telephone:334-242-7200 ,Fax: 334-242-4993 ,Fee: $5/doc, Check to "Alabama Secretary of State" http://www.sos.state.al.us

**Alaska**

Secretary of State 550 W 7th Ave , Suite 1700 , Anchorage , AK 99501 Telephone:907.269.7460 fax:269.0263  - state capitol third floor Juneau Alaska Telephone:907.465.3520  fax:460.5400
Fee: $2/doc, Email: notary@gov.state.ak.us Check to "State of Alaska"  http://ltgov.state.ak.us/

**Arizona**

Arizona Secretary of State, Attn: Notary Department 1700 W. Washington, 7th Floor Phoenix, AZ 85007-2888. Telephone: 602-542-4285 Fee: $3/doc, Check to "Secretary of State" http://www.azsos.gov/

**Arkansas**

Secretary of State RM 256 State Capitol Building Little Rock, AR 72201 Telephone: 501-682-1010 Fee: $5/Certification, $10/Apostille Check to "Secretary of State"http://www.sosweb.state.ar.us/

**California**

Office of the Secretary of State,  Notary Public Division Office Address: 1500 11th St., Second Floor; Sacramento, CA 95814 Mailing address PO Box 942877; Sacramento, CA 94277-0001 916-653-6814 Fee: $20/doc, Check to "Secretary of State" If you come in person, you also pay $6 per different notary "expediting fee"http://www.sos.ca.gov/business/notary/authentication.htm

**Colorado**

Secretary of State:1700 Broadway, Denver, CO 80290 Attn: Elections Division 303-894-2200 Fee: $2/doc for mail in or drop off, $17/doc for while-you-wait service,
Check to "Secretary of State" http://www.sos.state.co.us/

**Connecticut**

Secretary of the State, Attn: Authentications 30 Trinity Street Hartford, CT 06106 .Mail to :*PO Box 150470, Hartford, CT 06115-0470. Telephone:*  860-509-6002 Fee: $5/doc Regular documents are $20 each, but adoption paperwork is only $5 each.

Check to "Secretary of the State"  http://www.ct.gov/sots/site/default.asp

**Delaware**

Secretary of State, Division of Corporations 401 Federal Street Suite 4 Dover, DE 19901 Attn: David Krauss 302-739-6479 Fee: $2/doc, Check to

"Delaware Secretary of State" http://corp.delaware.gov/corpsosbio.shtml

## District of Columbia

Secretary of State:1350 Pennsylvania Avenue, NW, Room 419 Washington, DC 20004  (202) 727-6306 Fee: $10/doc, Check to "DC ":http://os.dc.gov/os/site/default.asp

## Florida

Department of State: 2661 Executive Center Circle Tallahassee, FL 32301 Phone:850-245-6945
Mail to :P.O. Box 6800 Tallahassee, FL 32314-6800  Fee: $10/doc for State Sealed certificate, $20/doc for APOSTILLED birth certificates, Marriage or Divorce certificates Money Order, Cashier's Check or Personal Check to "Florida Department of State" http://notaries.dos.state.fl.us/notproc7.html

## Georgia

Secretary of State Elections Division 2 Martin Luther King Jr. Drive SE Suite 1104, West Tower Atlanta, GA 30334-1530, Moreland 404-656-2852 Fee: $10/doc, Check to "Secretary of State" :http://www.sos.state.ga.us/elections/commissions/default.htm

FOR APOSTILLES: (for countries which signed the Hague agreement) Notary Division 1875 Century Boulevard, Suite 100 Atlanta, GA 30345 404-327-6023 Check :http://www.gsccca.Org/Projects/apost.asp Fee: $3/apostille, check or money order to "GSCCCA" Apostilled documents do not need County Seals, but State Sealed still do.

## Hawaii

Circuit Court of the First Circuit, Legal Documents Section 777 Punchbowl Street Honolulu, HI 96813 Attn: Elsie 808-539-4301 Fee: $3/doc Company Check or Money Order to "Chief Clerk First Circuit Court" Office of the Lieutenant Governor .

Office Address: State Capitol, Room 415 Honolulu, Hawaii 96813 Phone: (808) 586-0221 or (808) 586-0222
Fax: (808) 586-0019  email: gov.information@hawaii.gov
Fee: $1/doc, Check to "Office of the Lieutenant Governor" http://hawaii.gov/ltgov

## Idaho

Secretary of State, Office Address: 304 North 8th Street ,Room 149 .Mailing address: PO Box 83720; Boise ID 83720-0080 208-334-2300 Fax: 208-334-2282 Fee: $10/doc, Check to "Secretary of State": http://www.idsos.state.id.us/

## Illinois

Secretary of State :Jesse White 213 State Capitol Springfield, IL 62756 . Call toll-free within Illinois: 1-800 252-8980 . Telephone :312-793-2556 (main office) 312-814-2067 (certifications) Hours: 9-11:30AM and 1-3:30PM Fee: $2/doc, Check to "Secretary of State" http://www.cyberdriveillinois.com/

## Indiana

Secretary of State, Room 201 Statehouse 200 West Washington Street Indianapolis, IN 46204. Telephone:317-232-6531 Fax:317.233.3283  Fee: $0 per document - FREE!http://www.in.gov/sos/ (check your notary's info)

## Iowa

Secretary of State, Corporate Division Lucas Building, 1st Floor 321 E 12th Street Des Moines, IA 50319 Telephone :515-281-8849 Fax :515-281-7142 Email :sos@sos.state.ia.us Fee: $5/doc, Check to "Secretary of State" http://www.sos.state.ia.us/

## Kansas

Secretary of State, 1st Floor Memorial Hall 120 SW 10th Avenue Topeka, KS 66612-1594 Attn: Georgia Lott 785-296-4564 Fax: 785-291-3051 Fee: $10/doc, Check to "Secretary of State" http://www.kssos.org/

## Kentucky

Secretary of State, Corporate Records 700 Capitol Avenue, Rm 156 Frankfort, KY 40601.

**Phone: (502) 564-3490 Fax: (502) 564-5687** Fee: $5/doc, Check to "KY State Treasurer" http://sos.ky.gov/

## Louisiana

LA Secretary of State :Twelve United Plaza 8585 Archives Ave. Baton Rouge, LA 70809 . Telephone :925-4704 Fax:925-4726 Email:commercial@sos.louisiana.gov

Mail to :P.O. Box 94125 Baton Rouge, LA 70804-9125 Fee: $10/doc for adoptions, $20/doc for business, Check to "Secretary of State"http://www.sec.state.la.us/elections/commis/commis-index.htm

## Maine

Department of Secretary of State:148 State House Station Augusta, Maine 04333-0148 Tel: 207-626-8400 Fax: 207-287-8598 Fee: $10/doc, Check to "Secretary of State"http://www.state.me.us/sos/sos.htm

## Maryland

DOCUMENTS MUST BE COUNTY AUTHENTICATED BEFORE GOING TO THE SECRETARY OF STATE Here's the Link to all the Circuit Courts in MD.

Secretary of State Office Address:16 Francis Street; Jeffrey Building, 1st Floor Annapolis, MD (right off State circle) Hours: 8:30a-1:00p and 2:00pm-4:00pm Mailing address Certification Desk; State House; Annapolis, MD 21401 Telephone:410-974-5521  Fee: $5/doc, Check to "Secretary of State"  http://www.sos.state.md.us

## Massachusetts

Secretary of the Commonwealth Public Records Division McCormack Building, Room 1719 One Ashburton Place Boston, MA 02108. **Telephone:** (617) 727-2832   **Fax:** (617) 727-5914   **Email:** pre@sec.state.ma.us

 Fee: $6/doc, Check to "Commonwealth of MA" http://www.sec.state.ma.us/pre/precom/comidx.htm

## Michigan

Michigan Department of State, Office of the Great Seal 7064 Crowner Blvd. Lansing, MI 48918 517-373-2531  toll-free number: (888) SOS-MICH; (888) 767-6424 You must include a prepaid envelope to use this service Fee: $1/doc, Mail to :Michigan Department of State, Lansing, MI 48918

Check to "State of Michigan" http://www.michigan.gov/sos

## Minnesota

Secretary of State :180 State Office Building 100 Rev. Dr. Martin Luther King Jr. Blvd. Saint Paul, MN 55155
Metro Area 651-215-1440 Greater MN 1-877-600-VOTE(8683) Fax: 651-296-9073
Hours 8:00AM to 4:30PM  Fee: $5/doc, Check to "Secretary of State" http://www.sos.state.mn.us/

## Mississippi

Secretary of State 401 Mississippi St. Jackson, MS  39201-1004 ,Mail to :P.O. Box 136 Jackson, MS  39205-0136 , Telephone:601-359-1350 ,Fax: 601-359-1499 Fee: $2/doc.

check to "Secretary of State" http://www.sos.state.ms.us/

## Missouri

Secretary of State's office, Commission Division 600 West Main, Room 322 ,Jefferson City, MO 65101 ,Fee: $10/doc, Check to "State Director of Revenue"http://www.sos.mo.gov/business/commissions/certify.asp

## Montana

Montana Secretary of State : P.O. Box 202801 , Helena, MT 59620-2801 ,Fee: $10/doc.

Telephone:(406) 444-2034 , Fax (406) 444-3976,Mail to :sos@mt.gov

Check to "Secretary of State" http://sos.mt.gov/

## Nebraska

NE Secretary of State: State Capitol, Suite 2300, Lincoln, NE 68509 , Mail to :P.O. Box 94608, Lincoln, NE 68509-4608 **Phone:** (402) 471-2554 **Fax:** (402) 471-3237 Fee: $10/doc, check to "Secretary of State" http://www.sos.ne.gov/dyindex.html

## Nevada

Secretary of State :Secretary of State Nevada State Capitol Building 101 North Carson Street, Suite 3 Carson City, NV 89701 ,Fee: $20/doc
Phone: 775-684-5708   FAX: 775-684-5725*
Email: sosmail@sos.nv.gov ,Check to "Secretary of State": http://www.sos.state.nv.us/ ,Turnaround time is 5-10 days. You can expedite For an additional $25 per document.

## New Hampshire

New Hampshire Dept. of State : State House, Room 204, Concord, N.H. 03301
Phone: 603-271-3242   Fax: 603-271-6316
Email: Elections@sos.state.nh.us

## New Jersey

Secretary of State of New Jersey, Dept of Treasury, Division of Revenue Office Address Attn: Notary Section; 33 West State Street, 5th Floor, Trenton, NJ 08608-1214, Attention - Notary Unit  Mailing Address: PO Box 452; Trenton, NJ 08646 http://www.state.nj.us/treasury/revenue/dcr/programs/notary.html

## New Mexico

Secretary of State :New Mexico State Capitol, 325 Don Gaspar, Suite 300, Santa Fe, NM 87503

Telephone :505.827.3600 - 800.477.3632  , Fax :505.827.8081 Fee: $3/doc, Check to "Secretary of State" All orders processed within 24 hours http://www.sos.state.nm.us/

## New York

The address for NY City County authentications: New York County Clerk/Notary Section 60 Centre Street, Room 141B New York, NY 10007 212-374-8359 and 8589 Fee: $3/doc, MONEY ORDER to "New York County Clerk"

Secretary of State :Department of State 123 William Street New York, NY 10038-3804
Phone:  (212) 417-5800
Fax: (212)-417-2383

Fee: $10/doc, MONEY ORDER to "Secretary of State" or Miscellaneous Records Department of State

Department of State One Commerce Plaza 99 Washington Ave,  Albany, NY 12231-0001
Phone: (518) 474-4752
Fax: (518) 474-4597

Fee: $10/doc, MONEY ORDER to "Secretary of State": http://www.dos.state.ny.us/

## North Carolina

Note: Notarized Documents must have embossed seal with County and State on seal
NC Secretary of State Authentication Division Office Address: 2 S. Salisbury Street; Raleigh, NC 27601-2903 Mailing Address: PO Box 29622; Raleigh, NC 27626-0622 .Telephone:919-807-2140 , Fee $10/doc,

Email: authen@sosnc.com

check to "Secretary of State":http://www.secretary.state.nc.us/authen/

## North Dakota

Secretary of State, 600 E. Blvd Ave, Dept 108 Bismarck, ND 58505-0500 Telephone:701-328-2900 Fax: 701-328-1690 Fee: $10/document, check to "Secretary of State":http://www.nd.gov/sos/

## Ohio

Secretary of State Elections Division Borden Bldg, 180 East Broad Street 15th Floor Columbus, OH 43215 Phone: 614-466-2655 Toll free: 877-767-3453 Fax: 614-544-0649 Fee: $5/doc, Check to "Ohio Secretary of State" http://www.sos.state.oh.us/sos/

## 0klahoma

Oklahoma Secretary of State :Certifications Office State Capital Building 2300 N. Lincoln Blvd., Ste 101 Oklahoma City, OK 73105-4897 Telephone :405-521-3911 $20/doc, CASHIERS CHECK OR MONEY ORDER to "Secretary of State" http://www.sos.state.ok.us

## Oregon

Secretary of State:Corporation Division / Phone: 503-986-2593 Notary Public Section 255 Capitol St. NE Suite 151 Salem, OR 97310 Fee: $10/doc

Email: oregon.notary@state.or.us

Check to "Secretary of State" :http://www.filinginoregon.com/notary/howtoauth.htm

## Pennsylvania

Department of State, 210 North Office Bldg. Harrisburg, PA 17120 717-787-5280 Fee: $15/doc,

Check to "Commonwealth of Pennsylvania" http://www.dos.state.pa.us/dos/site/default.asp

## Rhode Island

**Secretary of State** :82 Smith Street State House Room 217 Providence, RI 02903 , Fee: $5/doc,

Phone: 401-222-2357
Fax: 401-222-1356
TTY: 711
Mail to :aralphmollis@sec.state.ri.us

Check to "Secretary of State" :http://www.state.ri.us/

## South Carolina

Secretary of State :Edgar Brown Building - 1205 Pendleton Street Suite 525 Columbia, SC 29201

Mail to :P.O. Box 11350 Columbia, SC 29211

Fee: $2/doc, Check to "Secretary of State" http://www.scsos.com/

## South Dakota

Secretary of State :Capitol Building 500 East Capitol Avenue Ste 204 Pierre SD 57501-5070

Fax: 605-773-3539 Fee: $5/doc, Check " Secretary of State" http://www.sdsos.gov/

## Tennessee

Secretary of State :312 Rosa L. Parks Avenue 6th Floor, Snodgrass Tower Nashville, TN 37243-1102 .
Phone: (615) 741-2286
Fax: 615-741-5962

Email:business.services@tn.gov

Fee: $2/doc,Check to "Secretary of State" http://www.state.tn.us/sos/

## Texas

Texas Secretary of State : P.O. Box 12887 Austin, Texas 78711-2887 .Phone: 512-463-5650 Toll free: 800-252-8683 Fax: 512-475-2761 Fee: $10/doc, Check to "Secretary of State" Expedited Service: $15/doc .

Check "Secretary of State" : http://www.sos.state.tx.us

## Utah

Utah Lieutenant Governor's Office Attention: Utah State Capitol Complex P.O. Box 142325 Salt Lake City, Utah 84114-2325
Telephone:800-705-2464
Fax 801-538-1133
Fee: $5 for vital records (birth/marriage certificates) and Apostilles $10 for all 'other' documents Money Orders and Cashier's checks to "Lt. Governor"

Check "Secretary of State" : http://www.utah.gov/ltgovernor/

## Vermont

Office of the Secretary of State:26 Terrace Street ,Montpelier, Vermont 05609 . Fee: $2/doc
Telephone: 802-828-2363   -   800-439-8683  FAX:802-828-2496

Check "Secretary of State" :http://www.sec.state.vt.us/

## Virginia

Secretary of the Commonwealth :P.O. Box 2454 Richmond, VA 23218

Telephone: 804-786-2441 Fee: $10/doc,

Check "Secretary of the Commonwealth":http://www.commonwealth.virginia.gov/

## Washington

Office of the Secretary of State 801 Capitol Way S Olympia, WA ,  Fee: $15/doc,
Mail to: PO BOX 40228 OLYMPIA WA 98504-0228

Telephone: (360) 725-0344  - (360) 725-0345

Email: apostilles@secstate.wa.gov

Check "Secretary of State" :http://www.secstate.wa.gov/

## West Virginia

West Virginia Secretary Of State : Building 1, Suite 157K 1900 Kanawha Blvd. Charleston, WV 25305 Attn: Missy Phelan 304.558.6000, fee: $10 per doc/$5 for each additional doc w/same notary

Email: execrecords@wvsos.com

Check to "Secretary of State" http://www.wvsos.com/execrecords/other/authentication.htm

## Wisconsin

Secretary of State: P.O. Box 7848 Madison, WI 53707 - 7848 ,Fee: $10/doc.
Telephone: 608-266-8888, then press 2.
Email:statesec@sos.state.wi.us

Check to "Secretary of State" http://www.sos.state.wi.us/

## Wyoming

Secretary of State : State Capitol Building 200 West 24th Street Cheyenne, WY 82002-0020
Telephone: 307.777.7378
Fax :307.777.6217
Email:secofstate@**state.wy.us**

Check to "Secretary of State" http://soswy.state.wy.us/

Home / What is Legalization / What is Apostille / Secretaries of State / Contact us

© Copyright Quick US Legalization 2010

# Exhibit 2a



US Legalization is a private agency that expedites the authentication, legalization, and certification of documents.

▼ Read More...

> Our service includes: Industrial standard compliance credentialing certificates, FDA, other medical and pharmaceutical documents, analysis of ingredient documentation, certificates to foreign government, and free sale certificates. We legalize patent and trademark registrations, assignments, agency agreements, and powers of attorney. We also attest commercial invoices, certificates of Origin and Packing lists.

We authenticate documents from the Secretary of the State of Maryland,  DC Office of the Secretary, US Department of State in Washington DC and certify them from the requested chamber of commerce, and foreign consulate or embassy.

▼ Read More...

> Your documents may require the services of one or all of these organizations, but you will never incur any hidden fees. We have heard from some of our customers that they had previously used other companies which advertise a low cost, but have additional fees which may double or triple the advertised cost. This will never happen at US Legalization, our fees are given upfront.

Our service fee for most **non Hague countries** is **$80.00** for the first and **$40.00** for each additional document for the same country. We apostille federal documents for **Hague countries** from the US Department of State in only **3 business days**. Our service fee is **$37.00** per document.  We also apostille notarized corporate documents from the state of Maryland on the **same day** as received. Our service fee is **$35.00** per document.
US Legalization accepts to bill medium and large companies.  We accept company checks and credit cards for payment.

▼ Read More...

> Please note that there is a handling fee of 5% of the total invoice if you use a credit card.
> Payment for billed invoices is expected by company check within 60 days.
> The maximum amount allowed to be billed is $500.00 for new customers. The amount billed can go up to $10,000 for our frequent use customers.

## The Power of US Legalization

US Legalization is nationally known and widely used by many large companies for their legal and commercial certification needs.  We pride ourselves in our stellar reputation with foreign embassies. We have an exclusive relationship with the Arab American Chamber of Commerce (AACC), US Arab Chamber of Commerce (USACC), and the American Cosmetics Manufacturing Association (ACMA) which allows us to service all of your legal and commercial documentation needs.  US Legalization has the talent, commitment, ingenuity and dedication to get your documents certified fast and right.

## System Processing

Upon receipt of your documents we will email you an invoice and estimated date of completion. Your document will be prepared by certifying it by the state or chamber of commerce if required on the day that it is received. Due to the fact that the US Department of State opens  8:00 AM and closes at 9:00 AM,  your document will be dropped next day of receiving, and picked after 2 business days authenticated by the US Department of State. It will be dropped same day at the designated embassy. The embassy will give us an estimated date for pickup. Our courier will go to the embassy on the given date.  If the document is not ready, the courier will return to the embassy daily, until he receives it (there is no extra charge for this). Within a few hours, your document will be hand carried to the FedEx or UPS and shipped.  You will receive another email that evening stating that your document has been shipped back to you. This process has been streamlined with our years of experience.

## Select a Country

All documents for the countries listed below have to be certified from the US Department of State in Washington DC, and the perspective embassy. Please note that any document which is not in English must include an English translation. The original and the translation will be considered as one document. Please click on the desired country for complete details.

| ↓ | › **Non** participating Hague Convention | | | | |
|---|---|---|---|---|---|
| Afghanistan | Canada | Guatemala | Libya | Pakistan | Syria |
| Algeria | Chad | Guinea | Macedonia | Palestine | Taiwan |
| Angola | Chile | Haiti | Madagascar | Paraguay | Tajikistan |
| Bahrain | China | Indonesia | Malaysia | Philippines | Tanzania |
| Bangladesh | Congo Republic | Iran | Mali | Qatar | Thailand |
| Benin | Congo Democratic | Iraq | Mauritania | Rwanda | Togo |

| | | | | | |
|---|---|---|---|---|---|
| Bolivia | Cote d'Ivoire | Jamaica | Morocco | Saudi Arabia | Tunisia |
| Brazil | Cuba | Jordan | Mozambique | Senegal | Turkmenistan |
| Burkina Faso | Denmark | Kenya | Myanmar | Sierra Leone | UAE |
| Burma | Egypt | Kuwait | Nepal | Singapore | Uganda |
| Burundi | Eritrea | Laos | Niger | South Sudan | Vietnam |
| Cambodia | Ethiopia | Lebanon | Nigeria | Sri Lanka | Yemen |
| Cameroon | Ghana | Liberia | Oman | Sudan | Zimbabwe |

Below are the countries participating in the **Hague Convention**. Any document for use in these countries requires an **apostille.** **US Legalization** will apostille federal documents from the US Department of State, i.e.; documents issued from the FDA, USDA, USPTO, EPA, US Dept. of Homeland Security, or the Federal Court. The turn around time is **two** business days. The total fee is **$45.00** per apostille for most countries. Please click on the desired country for complete details.

| › Participating Hague Convention Last updated 9-1-2013 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Albania | Belize | Ecuador | Hong Kong | Latvia | Moldova | Romania | Switzerland |
| Antigua | Bosnia | El Salvador | Hungary | Lesotho | Nicaragua | Russia | Tonga |
| Argentina | Botswana | Estonia | India | Lithuania | Netherlands | Serbia Montenegro | Trinidad |
| Armenia | Bulgaria | Fiji | Italy | Luxembourg | New Zealand | Slovakia | Turkey |
| Australia | Colombia | Finland | Ireland | Macedonia | Norway | Slovenia | Ukraine |
| Austria | Costa Rica | France | Israel | Malawi | Oman | Spain | U.K. |
| Azerbaijan | Croatia | Georgia | Japan | Malta | Panama | South Africa | Uruguay |
| Bahamas | Cyprus | Germany | Kazakhstan | Marshall Isl. | Peru | Suriname | Uzbekistan |
| Belarus | Czech | Greece | Korea | Mauritius | Portugal | Swaziland | Venezuela |
| Belgium | Dominican Republic | Honduras | Kyrgyz Stan | Mexico | Poland | Sweden | Yugoslavia |

Apostille  | Commercial Documents  | Payment & billing  | Mailing & contacts

© Copyright US Legalization 2009

# Exhibit 2b

# APOSTILLE PROCEDURE

The apostille - a special kind of letter and stamp - is the shortest process of legalization. An apostille is not the same as a 'raised seal', these are two separate things.
An apostille can be used if both countries (the country issuing the document and the country in which the document will be used) are part of the international "The Hague Apostille Convention* ".

The United States is a party to the Hague Convention Abolishing the Requirement of Legalization for Foreign Public Documents. The Convention abolishes the requirement of diplomatic and consular legalization for public documents originating in one Convention country and intended for use in another. For the purposes of the Convention, public documents include: (a) documents emanating from a court, (b) documents issued by an administrative authority (such as civil records), and (c) documents executed before a notary. Such documents issued in a Convention country which have been certified by a Convention certificate called an "apostille" are entitled to recognition in any other Convention country without any further authentication.

# Exhibit 2c

| Home | Apostille | Commercial Documents | Personal Documents | Free Estimate | Payment & Billing | Track your Document |

| Mailing & Contacts |



# Addresses for Secretaries of State

**States:**

Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Virgin Islands, Washington, West Virginia, Wisconsin, Wyoming .

## Alabama

DOCUMENTS  MUST BE COUNTY AUTHENTICATED BEFORE GOING TO THE SECRETARY OF STATE - Here is the contact info for the County Clerks in Alabama (look under Probate office).
Secretary of State, State Capitol 600 Dexter Ave., Rm. S 105 Montgomery, AL 36104. Mail to :P.O. Box 5616 Montgomery, Alabama 36103-5616. Telephone:334-242-7200 ,Fax: 334-242-4993 ,Fee: $5/doc, Check to "Alabama Secretary of State"
http://www.sos.state.al.us

## Alaska

Secretary of State 550 W 7th Ave , Suite 1700 , Anchorage , AK 99501
Telephone:907.269.7460 fax:269.0263  - state capitol third floor Juneau Alaska
Telephone:907.465.3520  fax:460.5400
Fee: $2/doc, Email: notary@gov.state.ak.us Check to "State of Alaska"
http://ltgov.state.ak.us/

## Arizona

Arizona Secretary of State, Attn: Notary Department 1700 W. Washington, 7th Floor Phoenix, AZ 85007-2888. Telephone: 602-542-4285 Fee: $3/doc, Check to "Secretary of State" http://www.azsos.gov/

## Arkansas

Secretary of State RM 256 State Capitol Building Little Rock, AR 72201 Telephone: 501-682-1010 Fee: $5/Certification, $10/Apostille Check to "Secretary of State"
http://www.sosweb.state.ar.us/

## California

Office of the Secretary of State,  Notary Public Division Office Address: 1500 11th St., Second Floor; Sacramento, CA 95814 Mailing address PO Box 942877; Sacramento, CA 94277-0001 916-653-6814 Fee: $20/doc, Check to "Secretary of State" If you come in person, you also pay $6 per different notary "expediting fee"
http://www.ss.ca.gov/business/notary/notary_authentication.htm

## Colorado

Secretary of State:1700 Broadway, Denver, CO 80290 Attn: Elections Division 303-894-2200 Fee: $2/doc for mail in or drop off, $17/doc for while-you-wait service, Check to "Secretary of State" http://www.sos.state.co.us/

## Connecticut

Secretary of the State, Attn: Authentications 30 Trinity Street Hartford, CT 06106 .Mail to :PO Box 150470, Hartford, CT 06115-0470. Telephone: 860-509-6002 Fee: $5/doc Regular documents are $20 each, but adoption paperwork is only $5 each.
Check to "Secretary of the State" http://www.ct.gov/sots/site/default.asp

# Delaware

Secretary of State, Division of Corporations 401 Federal Street Suite 4 Dover, DE 19901
Attn: David Krauss 302-739-6479 Fee: $2/doc, Check to "Delaware Secretary of State"
http://corp.delaware.gov/corpsosbio.shtml

# District of Columbia

Secretary of State:1350 Pennsylvania Avenue, NW, Room 419 Washington, DC 20004
 (202) 727-6306 Fee: $10/doc, Check to "DC ":http://os.dc.gov/os/site/default.asp

# Florida

Department of State: 2661 Executive Center Circle Tallahassee, FL 32301 Phone:850-245-
6945
Mail to :P.O. Box 6800 Tallahassee, FL 32314-6800  Fee: $10/doc for State Sealed
certificate, $20/doc for APOSTILLED birth certificates, Marriage or Divorce certificates
Money Order, Cashier's Check or Personal Check to "Florida Department of State"
http://notaries.dos.state.fl.us/notproc7.html

# Georgia

Secretary of State Elections Division 2 Martin Luther King Jr. Drive SE Suite 1104, West
Tower Atlanta, GA 30334-1530, Moreland 404-656-2852
Fee: $10/doc, Check to "Secretary of State"
:http://www.sos.state.ga.us/elections/commissions/default.htm

FOR APOSTILLES: (for countries which signed the Hague agreement) Notary Division 1875
Century Boulevard, Suite 100 Atlanta, GA 30345 404-327-6023 Check :
http://www.gsccca.org/Projects/apost.asp Fee: $3/apostille, check or money order to
"GSCCCA" Apostilled documents do not need County Seals, but State Sealed still do.

# Hawaii

Circuit Court of the First Circuit, Legal Documents Section 777 Punchbowl Street Honolulu,
HI 96813 Attn: Elsie 808-539-4301 Fee: $3/doc Company Check or Money Order to "Chief
Clerk First Circuit Court" Office of the Lieutenant Governor .

Office Address: State Capitol, Room 415 Honolulu, Hawaii 96813 Phone: (808) 586-0221
or (808) 586-0222
Fax: (808) 586-0019  email: gov.information@hawaii.gov
Fee: $1/doc, Check to "Office of the Lieutenant Governor" http://hawaii.gov/ltgov

# Idaho

Secretary of State, Office Address: 304 North 8th Street ,Room 149 .Mailing address: PO
Box 83720; Boise ID 83720-0080 208-334-2300 Fax: 208-334-2282 Fee: $10/doc, Check
to "Secretary of State": http://www.idsos.state.id.us/

# Illinois

Secretary of State :Jesse White 213 State Capitol Springfield, IL 62756 . Call toll-free
within Illinois: 1-800 252-8980 . Telephone :312-793-2556 (main office) 312-814-2067
(certifications) Hours: 9-11:30AM and 1-3:30PM Fee: $2/doc, Check to "Secretary of
State"  http://www.cyberdriveillinois.com/

# Indiana

Secretary of State, Room 201 Statehouse 200 West Washington Street Indianapolis, IN
46204. Telephone:317-232-6531 Fax:317.233.3283  Fee: $0 per document - FREE!
http://www.in.gov/sos/ (check your notary's info)

# Iowa

Secretary of State, Corporate Division Lucas Building, 1st Floor 321 E 12th Street Des
Moines, IA 50319 Telephone :515-281-8849 Fax :515-281-7142 Email
:sos@sos.state.ia.us Fee: $5/doc, Check to "Secretary of State"
http://www.sos.state.ia.us/

# Kansas

Secretary of State, 1st Floor Memorial Hall 120 SW 10th Avenue Topeka, KS 66612-1594
Attn: Georgia Lott 785-296-4564 Fax: 785-291-3051 Fee: $10/doc, Check to "Secretary
of State"  http://www.kssos.org/

# Kentucky

Secretary of State, Corporate Records 700 Capitol Avenue, Rm 156 Frankfort, KY 40601.

Phone: (502) 564-3490 Fax: (502) 564-5687 Fee: $5/doc, Check to "KY State Treasurer"
http://sos.ky.gov/

# Louisiana

LA Secretary of State :Twelve United Plaza 8585 Archives Ave. Baton Rouge, LA 70809 .
Telephone :925-4704 Fax:925-4726 Email:commercial@sos.louisiana.gov

Mail to :P.O. Box 94125 Baton Rouge, LA 70804-9125 Fee: $10/doc for adoptions,
$20/doc for business, Check to "Secretary of State"
http://www.sec.state.la.us/elections/commis/commis-index.htm

# Maine

Department of Secretary of State:148 State House Station Augusta, Maine 04333-0148
Tel: 207-626-8400 Fax: 207-287-8598 Fee: $10/doc, Check to "Secretary of State"
http://www.state.me.us/sos/sos.htm

# Maryland

DOCUMENTS MUST BE COUNTY AUTHENTICATED BEFORE GOING TO THE SECRETARY OF
STATE Here's the Link to all the Circuit Courts in MD.

Secretary of State Office Address:16 Francis Street; Jeffrey Building, 1st Floor Annapolis,
MD (right off State circle) Hours: 8:30a-1:00p and 2:00pm-4:00pm Mailing address
Certification Desk; State House; Annapolis, MD 21401 Telephone:410-974-5521  Fee:
$5/doc, Check to "Secretary of State" http://www.sos.state.md.us

# Massachusetts

Secretary of the Commonwealth Public Records Division McCormack Building, Room 1719
One Ashburton Place Boston, MA 02108.
**Telephone:** (617) 727-2832   **Fax:** (617) 727-5914   **Email:** pre@sec.state.ma.us

 Fee: $6/doc, Check to "Commonwealth of MA"
http://www.sec.state.ma.us/pre/precom/comidx.htm

# Michigan

Michigan Department of State, Office of the Great Seal 7064 Crowner Blvd. Lansing, MI
48918 517-373-2531  toll-free number: (888) SOS-MICH; (888) 767-6424 You must
include a prepaid envelope to use this service Fee: $1/doc, Mail to :Michigan Department
of State, Lansing, MI 48918

Check to "State of Michigan" http://www.michigan.gov/sos

# Minnesota

Secretary of State :180 State Office Building 100 Rev. Dr. Martin Luther King Jr. Blvd.
Saint Paul, MN 55155
Metro Area 651-215-1440 Greater MN 1-877-600-VOTE(8683) Fax: 651-296-9073
Hours 8:00AM to 4:30PM  Fee: $5/doc, Check to "Secretary of State"
http://www.sos.state.mn.us/

# Mississippi

Secretary of State 401 Mississippi St. Jackson, MS  39201-1004 ,Mail to :P.O. Box 136
Jackson, MS  39205-0136 , Telephone:601-359-1350 ,Fax: 601-359-1499 Fee: $2/doc.

check to "Secretary of State" http://www.sos.state.ms.us/

# Missouri

Secretary of State's office, Commission Division 600 West Main, Room 322 ,Jefferson City,
MO 65101 ,Fee: $10/doc, Check to "State Director of Revenue"
http://www.sos.mo.gov/business/commissions/certify.asp

# Montana

Montana Secretary of State : P.O. Box 202801 , Helena, MT 59620-2801 ,Fee: $10/doc.

Telephone:(406) 444-2034 , Fax (406) 444-3976,Mail to : sos@mt.gov

Check to "Secretary of State" http://sos.mt.gov/

# Nebraska

NE Secretary of State: State Capitol, Suite 2300, Lincoln, NE 68509 , Mail to :P.O. Box 94608, Lincoln, NE 68509-4608 **Phone: (402) 471-2554 Fax:** (402) 471-3237 Fee: $10/doc, check to "Secretary of State" http://www.sos.ne.gov/dyindex.html

# Nevada

Secretary of State :Secretary of State Nevada State Capitol Building 101 North Carson Street, Suite 3 Carson City, NV 89701 ,Fee: $20/doc

Phone: 775-684-5708   FAX: 775-684-5725*

Email: sosmail@sos.nv.gov,Check to "Secretary of State": http://www.sos.state.nv.us/ ,Turnaround time is 5-10 days. You can expedite For an additional $25 per document.

# New Hampshire

New Hampshire Dept. of State : State House, Room 204, Concord, N.H. 03301
Phone: 603-271-3242   Fax: 603-271-6316
Email: Elections@sos.state.nh.us

# New Jersey

Secretary of State of New Jersey, Dept of Treasury, Division of Revenue Office Address Attn: Notary Section; 33 West State Street, 5th Floor, Trenton, NJ 08608-1214, Attention - Notary Unit   Mailing Address: PO Box 452; Trenton, NJ 08646
http://www.state.nj.us/treasury/revenue/dcr/programs/notary.html

# New Mexico

Secretary of State :New Mexico State Capitol, 325 Don Gaspar, Suite 300, Santa Fe, NM 87503

Telephone :505.827.3600 - 800.477.3632 , Fax :505.827.8081 Fee: $3/doc, Check to "Secretary of State" All orders processed within 24 hours http://www.sos.state.nm.us/

# New York

The address for NY City County authentications: New York County Clerk/Notary Section 60 Centre Street, Room 141B New York, NY 10007 212-374-8359 and 8589 Fee: $3/doc, MONEY ORDER to "New York County Clerk"

Secretary of State :Department of State 123 William Street New York, NY 10038-3804
Phone:  (212) 417-5800
Fax: (212)-417-2383

Fee: $10/doc, MONEY ORDER to "Secretary of State" or Miscellaneous Records Department of State

Department of State One Commerce Plaza 99 Washington Ave,  Albany, NY 12231-0001
Phone: (518) 474-4752
Fax: (518) 474-4597

Fee: $10/doc, MONEY ORDER to "Secretary of State": http://www.dos.state.ny.us/

# North Carolina

Note: Notarized Documents must have embossed seal with County and State on seal
NC Secretary of State Authentication Division Office Address: 2 S. Salisbury Street;
Raleigh, NC 27601-2903 Mailing Address: PO Box 29622; Raleigh, NC 27626-0622
.Telephone:919-807-2140 , Fee $10/doc,

Email: authen@sosnc.com

check to "Secretary of State":http://www.secretary.state.nc.us/authen/

# North Dakota

Secretary of State, 600 E. Blvd Ave, Dept 108 Bismarck, ND 58505-0500 Telephone:701-328-2900 Fax: 701-328-1690 Fee: $10/document, check to "Secretary of State" :http://www.nd.gov/sos/

# Ohio

Secretary of State Elections Division Borden Bldg, 180 East Broad Street 15th Floor Columbus, OH 43215 Phone: 614-466-2655 Toll free: 877-767-3453 Fax: 614-544-0649 Fee: $5/doc, Check to "Ohio Secretary of State" http://www.sos.state.oh.us/sos/

# Oklahoma

Oklahoma Secretary of State :Certifications Office State Capital Building 2300 N. Lincoln Blvd., Ste 101 Oklahoma City, OK 73105-4897 Telephone :405-521-3911 $20/doc, CASHIERS CHECK OR MONEY ORDER to "Secretary of State" http://www.sos.state.ok.us

# Oregon

Secretary of State:Corporation Division / Phone: 503-986-2593 Notary Public Section 255 Capitol St. NE Suite 151 Salem, OR 97310 Fee: $10/doc

Email: oregon.notary@state.or.us

Check to "Secretary of State" :http://www.filinginoregon.com/notary/howtoauth.htm

# Pennsylvania

Department of State, 210 North Office Bldg. Harrisburg, PA 17120 717-787-5280 Fee: $15/doc,

Check to "Commonwealth of Pennsylvania" http://www.dos.state.pa.us/dos/site/default.asp

# Rhode Island

**Secretary of State** :82 Smith Street State House Room 217 Providence, RI 02903 , Fee: $5/doc,

Phone: 401-222-2357
Fax: 401-222-1356
TTY: 711
Mail to :aralphmollis@sec.state.ri.us

Check to "Secretary of State" :http://www.state.ri.us/

# South Carolina

Secretary of State :Edgar Brown Building - 1205 Pendleton Street Suite 525 Columbia, SC 29201

Mail to :P.O. Box 11350 Columbia, SC 29211

Fee: $2/doc, Check to "Secretary of State" http://www.scsos.com/

# South Dakota

Secretary of State :Capitol Building 500 East Capitol Avenue Ste 204 Pierre SD 57501-5070

Fax: 605-773-3539 Fee: $5/doc, Check " Secretary of State" http://www.sdsos.gov/

# Tennessee

Secretary of State :312 Rosa L. Parks Avenue 6th Floor, Snodgrass Tower Nashville, TN 37243-1102 .
Phone: (615) 741-2286
Fax: 615-741-5962

Email:business.services@tn.gov

Fee: $2/doc,Check to "Secretary of State" http://www.state.tn.us/sos/

# Texas

Texas Secretary of State : P.O. Box 12887 Austin, Texas 78711-2887 .Phone: 512-463-5650 Toll free: 800-252-8683 Fax: 512-475-2761 Fee: $10/doc, Check to "Secretary of State" Expedited Service: $15/doc .

Check "Secretary of State" : http://www.sos.state.tx.us

# Utah

Utah Lieutenant Governor's Office Attention: Utah State Capitol Complex P.O. Box 142325 Salt Lake City, Utah 84114-2325
Telephone:800-705-2464
Fax 801-538-1133
Fee: $5 for vital records (birth/marriage certificates) and Apostilles $10 for all 'other' documents Money Orders and Cashier's checks to "Lt. Governor"

Check "Secretary of State" : http://www.utah.gov/ltgovernor/

## Vermont

Office of the Secretary of State:26 Terrace Street ,Montpelier, Vermont 05609 . Fee: $2/doc
Telephone: 802-828-2363   -   800-439-8683   FAX:802-828-2496

Check "Secretary of State" :http://www.sec.state.vt.us/

## Virginia

Secretary of the Commonwealth :P.O. Box 2454 Richmond, VA 23218

Telephone: 804-786-2441 Fee: $10/doc,

Check "Secretary of the Commonwealth":http://www.commonwealth.virginia.gov/

## Washington

Office of the Secretary of State 801 Capitol Way S Olympia, WA ,  Fee: $15/doc,
Mail to: PO BOX 40228 OLYMPIA WA 98504-0228

Telephone: (360) 725-0344  - (360) 725-0345

Email: apostilles@secstate.wa.gov

Check "Secretary of State" :http://www.secstate.wa.gov/

## West Virginia

West Virginia Secretary Of State : Building 1, Suite 157K 1900 Kanawha Blvd. Charleston, WV 25305 Attn: Missy Phelan 304.558.6000, fee: $10 per doc/$5 for each additional doc w/same notary

Email: execrecords@wvsos.com

Check to "Secretary of State"
http://www.wvsos.com/execrecords/other/authentication.htm

## Wisconsin

Secretary of State: P.O. Box 7848 Madison, WI 53707 - 7848 ,Fee: $10/doc.
Telephone: 608-266-8888, then press 2.
Email:statesec@sos.state.wi.us
Check to "Secretary of State" http://www.sos.state.wi.us/

## Wyoming

Secretary of State : State Capitol Building 200 West 24th Street Cheyenne, WY 82002-0020
Telephone: 307.777.7378
Fax :307.777.6217
Email:secofstate@state.wy.us

Check to "Secretary of State" http://soswy.state.wy.us/